Letter for the Court
Date: 11/19/25
RE: CAMERON LACROIX v. BRETT LEATHERMAN, et. Al

The Plaintiff has a significant amount of evidence to submit and is doing so pro-se. The Plaintiff has been intimidated during the creation of this lawsuit and intends to provide promptly which will include photographic and video evidence.

Specifically, on 11/18/25, Plaintiff departed a friends house and upon leaving noticed multiple federal agents parked a block away, one being a Blue Hyundai with a Passenger Special Plate ("Veteran"). As Plaintiff drove by, men in two distinct vehicles parked in front of each other were staring at Plaintiff.

Thank You,