25-CV-13452-MPK

Exhibit 1 – Count 2 : Logs from router



FILED
IN CLERKS OFFICE
2025 NOV 20 PM 3:48
U.S. DISTRICT COURT
DISTRICT OF MASS.

1/2

Exhibit 1

| | Screen 1 | Screen 2 |
|---|---|---|
| Hostname | DESKTOP-T1KP1AQ | DESKTOP-JJK5S8E |
| Brand | Generic Brand | Generic Brand |
| Model | Windows PC/Laptop | Windows PC/Laptop |
| Operating System | Windows 10 | Windows 10 |
| Connection Type | Unknown | Unknown |
| Connection Point | N/A - Offline | N/A - Offline |
| MAC Address | 68342123FB63 | 104A7D0F4E70 |
| IP Address | N/A | N/A |

r

2/2