Exhibit 2 – Count 3 : Outbound Calls made from Google Voice



Post phone software update, notifications about potential cell site simulator. On 10/7/25 and 10/10/25.

Exhibit 2



2/2