**Exhibit 3 – Count 4 : Retaliation for E-mail escalation**

3 - 1. **E-mail sent to DOJ on July 5, 2025**
3 - 2. **DOJ Duty Form Submitted on July 27, 2025**
3 - 3. **E-mail response from OIG (separate from July 5th e-mail)**
3 - 4. **E-mail server showing account restricted from corresponding with OIG.**



Cameron LaCroix <clacro6@wgu.edu>

# DOJ.Correspondence@usdoj.gov
1 message

**Cameron LaCroix** <clacro6@my.wgu.edu>  Sat, Jul 5, 2025 at 11:48 PM
To: usama.media@usdoj.gov, media@mad.uscourts.gov

To whom it may concern at the OPA, USAO, or other DOJ entity,

I am writing to formally raise a concern regarding a press release published by the United States Attorney's Office for the District of Massachusetts, titled *"Recidivist Hacker Sentenced for Violating Supervised Release Conditions"* (available at: https://www.justice.gov/usao-ma/pr/recidivist-hacker-sentenced-violating-supervised-release-conditions).

This article includes statements asserting that I engaged in criminal conduct—specifically, that I committed a new offense while on supervised release. However, what is absent from this same release is that the U.S. Attorney's Office ultimately *declined to prosecute* me for that alleged offense. The contradiction between the presented allegations and the decision not to pursue charges creates a damaging impression in the court of public opinion and contrary to USAM 1-7.550 .

Because there was no adjudication or finding of guilt, the suggestion that I committed a new crime is highly prejudicial and undermines the presumption of innocence. The release presents the allegations in a definitive and conclusive tone, which may lead the public to assume that the alleged conduct was proven beyond a reasonable doubt. To the contrary, Judge Saris stated on the record "I don't agree beyond a reasonable doubt anything" See Dkt No. 80 (Transcript. Evidentiery Hearing, May 10, 2019). Yet, there's nothing mentioned except implied guilt.

When the USAO of Massachusetts announces that someone has committed a crime, their press releases include "The defendant is presumed innocent unless and until proven guilty beyond a reasonable doubt in a court of law.". This is absent from my situation.

I understand the importance of transparency and public communication in justice-related matters, but I believe it is equally important to ensure that government publications do not cause lasting harm to individuals through unsubstantiated allegations. While I have been gainfully employed for several years now, that press release led hiring managers to believe I had committed a crime

I respectfully request that your office review this matter and remove the article. I will highlight several reasons below in addition to what's been said:

a) The government pointed a finger at me and took away my Sixth Amendment right when the office determined they would not prosecute this offense. This is prejudicial as mentioned above and unfair to me as a citizen that is supposed to have rights.

b) The victim in this case was not named and further legal action in my case may cause collateral damage to their brand if I have to take legal action in seeking a court order pertaining to this article.

c) The press release was released a day after Judge Wolf's sentencing despite the FBI's investigation remaining open and active until April of 2021. Despite prosecution being on the table up to two years AFTER sentencing, this is contrary to USAM 1-7.510 which precludes the DOJ from speaking about an individual's prior criminal record before trial.

d) The Principles of Federal Prosecution under 9-27.760 advise against disclosing the names of uncharged parties because of the reputational interests at stake. This press release was lacking compelling government interests as this case involved misconduct related to a specific U.S. Probation Officer that unprofessionally scolded the defendant and illegally searched his apartment (Dkt. No 36). There were also conflicting sentences where Judge Saris claimed the defendant shouldn't be on supervision for a long time while Judge Wolf thought otherwise (perception about judicial inequity).

e) The 2019 press release ultimately named a victim corporation that ultimately did not want to be named publicly which suggests that the government purely desired publicity. As evidence, 14-CR-10227 (MA-D) was a transfer from 14-CR-00349 (NDCA) and the criminal information refers to Corporation A who was exposed as Jeep.

f) **LASTLY, it is not common for the District of Massachusetts to publicize supervised release revocations. The case does not involve violence nor does it involve anything of significant media interest. As I mentioned in sec e,**

**I'm suggesting this was issued for the wrong reasons. The administration from 6 years ago is likely different than now. Please right this wrong.**

I will be looking forward to meeting or speaking to anyone with an interest in this request. At the end of the day, I am doing extremely well and have changed my life for the better. A violation of supervised release is supposed to be more about the breach of trust between the defendant and the court and less pertaining to the underlying facts. I'm sure that violations of supervised release were not supposed to come with an extension to one's criminal history if found guilty of breaking a rule... this is contrary to the 3553 factors and have made it even harder to adjust even beyond the conclusion of my supervised release.

Thank you,

Cameron Lacroix

857-340-7185

Ex. 3-2



C Lacroix <clacroix@gmail.com>

## Fwd: [EXTERNAL] Form submission from: Duty Complaint Form
1 message

**Cameron LaCroix** <clacro6@my.wgu.edu>  Fri, Sep 5, 2025 at 5:15 PM
To: clacroix@gmail.com

---------- Forwarded message ----------
From: **USAMA-Media (USAMA)** <USAMA.Media@usdoj.gov>
Date: Tuesday, July 29, 2025
Subject: RE: [EXTERNAL] Form submission from: Duty Complaint Form
To: "clacro6@wgu.edu" <clacro6@wgu.edu>

Good morning.

Thank you for your message. Press releases reflect public record information and, per DOJ mandate, are required to remain available on all U.S. Attorney Offices' webpages indefinitely, or at minimum approximately 15 years. We are prohibited from removing and/or amending them upon request.

Thank you.

**From:** Department of Justice <no-reply@usdoj.gov>
**Sent:** Sunday, July 27, 2025 3:23 PM
**To:** USAMA-DutyParalegal (USAMA) <USAMA.DutyParalegal@usa.doj.gov>
**Subject:** [EXTERNAL] Form submission from: Duty Complaint Form

Submitted on Sunday, July 27, 2025 - 3:22PM EDT
Submitted from Complete
Submitted values are:

## Your Information

**First Name**
Cameron

**Last Name**
Lacroix

**Address**
680 Worcester St Apt 101
Wellesley, Massachusetts. 02482

**Preferred Phone Number**
857-340-7185

Email
clacro6@wgu.edu

## Complaint Topics

### CIVIL:

**Civil Rights**
No

**Harassment**
No

**Housing: Landlord Tenant disputes**
No

**Whistleblower/Qui Tam**
No

### CRIMINAL:

**Public Corruption**
No

**Child Exploitation/Human Trafficking**
No

**Fraud**
No

**National Security**
No

**Organized Crime**
No

**Sexual Assault**
No

### GENERAL:

**Pending Case Info**
Yes

**Victim/Witness in Federal Case**
No

**Other**
Yes

## Description

**Have you contacted this office about this matter before? If so, who did you speak to and when?**
I emailed my request to the usama.media e-mail address on July 5th, 2025 and did not receive a response.

**Have you contacted any other public agencies about this matter? If so, who did you speak to and when?**
I also e-mailed this to doj.correspondence@usdoj.gov and did not receive a response.

**Please identify any attorney representing you in this matter.**
Pro-se, nobody.

**Is there a court action pending in this matter? If so, please identify the court, case caption (i.e., Mickey Mouse v.

United States), and the case number (i.e., Criminal Action No. 12-34567).
Not pending, but it's associated with 14-cr-10227 and 14-cr-10162.

**Briefly summarize the facts and provide any pertinent information about your complaint or question.**
I am writing to formally raise a concern regarding a press release published by the United States Attorney's Office for the District of Massachusetts, titled "Recidivist Hacker Sentenced for Violating Supervised Release Conditions" (available at: https://www.justice.gov/usao-ma/pr/recidivist-hacker-sentenced-violating-supervised-release-conditions). This was published in 2019 and is in violation of multiple policies. I am humbly requested if this could please, please be removed from the website.

At the end of the day, I was found in violation of my probation and a PR was released that mislead the public into thinking I was convicted for a new criminal offense. I am trying so hard to do my best day in and day out as I've gotten married, am raising a family, pursuing an education, and most importantly - living a crime-free life.

My case involved a rogue probation officer who harassed me and manipulated me into overpaying on criminal restitution. I can't prove he did this too but my urine was swapped out for another individual's to say I was abusing drugs which was the furthest thing from the truth. This violation was riddled with issues and the article has led to employers not offering me much needed work that would lead to me using my computer skills for good. The government declined to prosecute me and with that, I lost a chance to prove myself innocent to a jury. The judge in 14-cr-10227, it's in the transcripts from May 2019, she herself stated the evidence did not support a finding beyond reasonable doubt. Instead of rambling, I'd ask - please consider my request.

We're at a point in time where our country is going in a different direction where it seems leadership is focused on the facts, not fiction. While I appreciated Lelling's leadership as he courageously pursued going after a judge that left a criminal immigrant run out the back door, I don't know how this article was approved for publishing without my rights being considered nor the DOJ media guidelines to not post prejudicial statements.

Ex. 3-3 



**DEPARTMENT OF JUSTICE | OFFICE OF THE INSPECTOR GENERAL**

August 7, 2025

Cameron Lacroix
Clacro6@wgu.edu

Dear Mr. Lacroix:

Thank you for your second correspondence received on August 2, 2025. The U.S. Department of Justice (DOJ), Office of the Inspector General, investigates allegations of misconduct by employees and contractors of DOJ, as well as waste, fraud and abuse affecting DOJ programs and operations. After reviewing your complaint, we have determined that the matters that you raised are more appropriate for review by another office within the DOJ. Therefore, we have forwarded your correspondence to:

U. S. Department of Justice
Executive Office for United States Attorneys
General Counsel
950 Pennsylvania Avenue, NW
Washington, DC 20530

Please direct any further correspondence regarding this matter to this office.

Of course, if you have information that involves other allegations or issues regarding DOJ employees, contractors, programs or operations, please feel free to submit that information to us.

Thank you for giving us the opportunity to review your concerns.

    Sincerely,
    Office of the Inspector General
    Investigations Division



Cameron LaCroix <clacro6@wgu.edu>

## OIG Complaint Response

**postmaster@justice.gov** <postmaster@justice.gov>  
To: clacro6@wgu.edu

Sun, Sep 21, 2025 at 1:49 AM

### Delivery has failed to these recipients or groups:

OIG Complaint Response (OIG) (oig.complaint.response@usdoj.gov)

Your message couldn't be delivered to the recipient because you don't have permission to send to it.

Ask the recipient's email admin to add you to the accept list for the recipient.

For more information, see DSN 5.7.129 Errors in Exchange Online and Office 365.

### Diagnostic information for administrators:

Generating server: BN2P110MB1729.NAMP110.PROD.OUTLOOK.COM

oig.complaint.response@usdoj.gov  
Remote server returned '550 5.7.129 RESOLVER.RST.RestrictedToRecipientsPermission; not authorized to send to recipient because the sender isn't on the recipient's list of senders to accept mail from'

Original message headers:

```
Received: from SN5P110CA0027.NAMP110.PROD.OUTLOOK.COM (2001:489a:200:41e::16)
 by BN2P110MB1729.NAMP110.PROD.OUTLOOK.COM (2001:489a:200:16b::7) with
 Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.9137.16; Sun, 21 Sep
 2025 05:49:55 +0000
Received: from BN3USG02FT011.eop-usg02.itar.protection.office365.us
 (2001:489a:2202:4::201) by SN5P110CA0027.office365.us (2001:489a:200:41e::16)
 with Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.9137.19 via Frontend
 Transport; Sun, 21 Sep 2025 05:49:54 +0000
Authentication-Results: spf=temperror (sender IP is 149.101.196.15)
 smtp.mailfrom=wgu.edu; dkim=fail (signature did not verify)
 header.d=my.wgu.edu;dmarc=temperror action=none header.from=my.wgu.edu;
Received-SPF: TempError (protection.outlook.com: error in processing during
 lookup of wgu.edu: DNS Timeout)
Received: from mx.doj.gov (149.101.196.15) by
 BN3USG02FT011.mail.protection.office365.us (10.97.24.201) with Microsoft SMTP
 Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id
 15.20.9115.27 via Frontend Transport; Sun, 21 Sep 2025 05:49:53 +0000
Received: from DJJMDCJC01-EX8500-6.localdomain ([10.187.9.86])
        by pp-cefe-03.mail.doj.gov (8.18.1.2/8.18.1.2) with ESMTP id 58L5nqiB002508
        for <oig.complaint.response@usdoj.gov>; Sun, 21 Sep 2025 05:49:52 GMT
Received: from localhost.localdomain (localhost [127.0.0.1])
```

```
            by DJJMDCJC01-EX8500-6.localdomain (Postfix) with SMTP id 4cTwLS5cD6zZyRXY
            for <oig.complaint.response@usdoj.gov>; Sun, 21 Sep 2025 05:49:52 +0000 (UTC)
Received: from mx-jcotsa.usdoj.gov (unknown [10.187.9.94])
            by DJJMDCJC01-EX8500-6.localdomain (Postfix) with ESMTP id 4cTwLS1QCPzZyRWZ
            for <oig.complaint.response@usdoj.gov>; Sun, 21 Sep 2025 05:49:52 +0000 (UTC)
Authentication-Results-Original: usdoj.gov;         spf=pass
  smtp.mailfrom=clacro6@wgu.edu
Received: from mail-il1-x135.google.com (mail-il1-x135.google.com [IPv6:2607:f8b0:4864:20:0:0:0:135])
            by djjmdcjc01-pps-mail03.jcots.jutnet.net (8.18.1.2/8.18.1.2) with ESMTPS id 58L5nlxW022131
            (version=TLSv1.2 cipher=ECDHE-RSA-AES256-GCM-SHA384 bits=256 verify=OK)
            for <OIG.Complaint.Response@usdoj.gov>; Sun, 21 Sep 2025 05:49:48 GMT
Received: by mail-il1-x135.google.com with SMTP id e9e14a558f8ab-4248b13dc1eso17877485ab.3
            for <OIG.Complaint.Response@usdoj.gov>; Sat, 20 Sep 2025 22:49:48 -0700 (PDT)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
            d=my.wgu.edu; s=google; t=1758433787; x=1759038587; darn=usdoj.gov;
            h=cc:to:subject:message-id:date:from:references:in-reply-to
             :mime-version:from:to:cc:subject:date:message-id:reply-to;
            bh=hUFhwL2E0Zlg+1DaOk4s232nGpQNL67b9gKgSlvHDjI=;
            b=hVlrfm580pggzmOy1V+ry1n30u0lMVbPKef43VnBWJNkz38kHyfc9xaBVZESRix4fj
             y3RFTCOy5a8/7K8/O0yg5Mm6B2aBW1mU968BOyUlSWs2mZWyrg7D9LkZ2Eym8I9SZJ8E
             /aIiaawF0bfxHn28u5PLZ97OFn8gHvepTEd6D5Y9cCEthE/9DWGD1ldpNd3g/v4L4TZk
             wyZkpjJ/vXw3469qf5LItsYVCjbApdck05kkf2oNYFC3vCuILFL1lgPHg1/egOX97wlU
             7r/XtMQFh3iUx8/p1VSI5eFCI56P18H+VkqU3LoMkbQ5iQoY3xrUIfgQ1S6ScAZt+3PT
             o1jA==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
            d=1e100.net; s=20230601; t=1758433787; x=1759038587;
            h=cc:to:subject:message-id:date:from:references:in-reply-to
             :mime-version:x-gm-message-state:from:to:cc:subject:date:message-id
             :reply-to;
            bh=hUFhwL2E0Zlg+1DaOk4s232nGpQNL67b9gKgSlvHDjI=;
            b=XsEDzplh9sghN3orIsYu9gFvCMYTEz1OE6w4qlFz5zebBMhyWLBXW6qttrsT5DcH1t
             1SGeM9ZDI1ESGSnbIgj2ZJ2rYtvyzrpPwYz2AaCFwRiuNDHK6+EFidkVH/yX9OvGvOiM
             An6c4GRhxeeEM3nVe5GBieq8o8WPuepUAokOYkBRyZQ2iv1LxYPTSB0u4zjxeO7pLzCz
             nNRoOz6Hv0UvreVwn56HxrkHlymkbm4DxJaw23q6+ZZARp3T0FCO9aqaYo2Yjp2R6w5m
             9MyZHFVYbYk2MntXNeLOgQJRh2Vph0D9UgLdmpRxF3ynSdky98Lu7ugNXFuxXces7v6x
             20jg==
X-Gm-Message-State: AOJu0Yy/oMTZqtGpmu1Vihch5ffnEClHWenSfrHYiqcF3go4zLCu9HJm
            tLawOKCCr4t0OGTDrWk28NVLV11cCKyNvwCwhjMKT+jvAN/07czWL2p9Y735mrKJnBi8SVGbG7A
            nB4IZk8kgknDBTEmQ66jY/MSScIyUzwwN2DIuP+t8Byu5GnvH33VL
X-Gm-Gg: ASbGncthRQcmlFgPh6fCLjB2pRhvb4ehtfH1NmHyKKCG58TxkObEKhLy2Oih8TSLRWZ
            Bj4tWafd1WdDooBR244sWO3b2vEaFitNPTYuguMAOXoyj0DuS1s+jf40YLd79fU/VDjGiQj2xUJ
            d9LCMPuWIOzJEv8voj5BhZcSWTIPL9b9s3rPsoWeQetF60dsXvvE3bBtIOp8BQiHrZVnfZeu4kY
            AYrUwn4TVKX/ct7adpCNDCXw7sDZKihazQiDMEWPHZ4pIYM3fg=
X-Google-Smtp-Source: AGHT+IG9/xjV8p5M2DkfzPajqpTGYGzB3GaxSon5wqKFPrGKpeEASVu1BuWUP5muq4Xxt
BEL324qZ7yZz1uACT1xVGc=
X-Received: by 2002:a05:6e02:1887:b0:425:7534:ab09 with SMTP id
  e9e14a558f8ab-4257534ab3amr5324475ab.7.1758433786872; Sat, 20 Sep 2025
  22:49:46 -0700 (PDT)
MIME-Version: 1.0
Received: by 2002:ad5:4995:0:b0:372:b875:bcf1 with HTTP; Sat, 20 Sep 2025
  22:49:46 -0700 (PDT)
In-Reply-To: <BN0P110MB16259F78BAE51E7AE3BF362BC02CA@BN0P110MB1625.
NAMP110.PROD.OUTLOOK.COM>
References: <BN0P110MB16259F78BAE51E7AE3BF362BC02CA@BN0P110MB1625.
NAMP110.PROD.OUTLOOK.COM>
From: Cameron LaCroix <clacro6@my.wgu.edu>
Date: Sun, 21 Sep 2025 01:49:46 -0400
X-Gm-Features: AS18NWC4owGXtfpQCUlpHO8zgJSMCSfVYZjaIyAoTfqA6EOipNKQDxkrgu8BiMc
Message-ID: <CALSqva2mJn8H0m_dTTf+gwHKTLshRKEab0+5PdQWJJH5P6vWqA@mail.gmail.com>
Subject: [EXTERNAL] OIG Complaint Response
To: "OIG Complaint Response (OIG)" <OIG.Complaint.Response@usdoj.gov>
CC: "clacroix@gmail.com" <clacroix@gmail.com>
Content-Type: multipart/alternative; boundary="0000000000003a6f98063f494551"
X-Proofpoint-ORIG-GUID: JJZxqo1IfqxaCllSX4n4pbNn9UgwcOtc
X-Proofpoint-Spam-Details-Enc: AW1haW4tMjUwOTIxMDA1MyBTYWx0ZWRfX4rxdxdASvgxf
  EbQdmNfic8AkKxtrtdpDZMtW7Hg7DR5yXZggKA+6BcFHiPLsS6vDPIZF3T5LlWQa5BuNjriIANK
  nIRYTbQqU10k+RQwYCAFsYXnMfwCpomSeChu3n35/z2WMHDXe6XqHl4HUgOHR6w/0l4nvS1DzB7
  zaC8EeRzrzkyej7SnNH9UwPRYKwQTH+ttPjPODBf05r6P8ZT5DFtbO9MDAEHnmHX45S6Jx477rt
```