Exhibit 4 — Count 5 : Harassment on LinkedIn from "Brandon Copley" based out of Austin, TX.



1|3

**Account is now seemingly deactivated as of November 20, 2025**



The account seemingly looks to have been deactivated as of November 20, 2025