count 14
exhibit 14
vct-1

☰  • Gmail  🔍 robert  ✕  ⚙  ○

99+
Mail    Compose

        Inbox           2,334
Chat    Starred
        Snoozed
Meet    Important
        Sent
        Drafts          201
        All Mail
        Spam            395
        Trash
        Purchases       189
        Social          5,571
        Updates         2,900
        Forums          14
        Promotions      20,475
        More

Labels

## Request for Police Records    Inb

**Cameron LaCroix** <clacroix@gmail....   May 31, 2025, 8:4
to Cheryl

Hello

ROBERT MARKELEWICZ was arrested by Wellesley PD o
order and OUI. Am I able to obtain the incident report (or
case number in Dedham District was 2454CR001219 an
a matter of public interest.

Thank you
Cam

**Carlson, Cheryl** <ccarlson@wellesley...   Jun 2, 2025, 1:0
to me

Dear Mr. LaCroix,

You requested a copy of an Arrest repo
copies of a 209A abuse order. Both Arr
reports are not subject to disclosure un
Law, *M.G.L.* c.66, §10 and *M.G.L.* c-4, §7(
in their entirety.

Exemption (a) excludes from the defini
those materials that are "specifically or
implication exempted from disclosure l
§7(26)(a). The Criminal Offender Recor
Act"), *M.G.L.* c.6, *M.G.L.c-4*, §§167-178 exp
dissemination of CORI by the Wellesley
those circumstances outlined in the De
Justice Information Services ("DCJIS") r
7.10. Notably, there is no provision in th
requestor to obtain another individual'
CORI is defined as follows:

Records or data compiled by a Massach
agency may be CORI where they (1) "co
individual"; (2) "relate to the nature or
charge, an arrest," a sentence, or releas
"criminal proceedings that are not dism
arraignment" -- in other words, in a cri
the defendant was arraigned; (4) concer
committed by a person who is eighteen

FILED
IN CLERKS OFFICE
2025 DEC -8 AM 10:38
U.S. DISTRICT COURT
DISTRICT OF MASS.

Exhibit

☰    Gmail    🔍 keys lost    ✕    ⚙    ⚪

keys missing June 11

| | 99+ | | | |
|---|---|---|---|---|
| Mail | | Compose | | |

**PLEASE READ - Lost Item**   Inbox

|  | Inbox | 2,334 |
|---|---|---|
| Chat | Starred | |
| | Snoozed | |
| Meet | Important | |
| | Sent | |
| | Drafts | 201 |
| | All Mail | |
| | Spam | 395 |
| | Trash | |
| | Purchases | 189 |
| | Social | 5,571 |
| | Updates | 2,900 |
| | Forums | 14 |
| | Promotions | 20,475 |
| | More | |

**Cameron LaCroix** <clacroix@gmail.c...   Wed, Jun 11, 5:2
to BTD

Hello

I dropped my keys on the way to work earlier this mornin
Key fob on them.

Someone from BlueBikes called me and sent an e-mail s
dropped them off at City Hall, 7th Floor, Room 721.

My keys consisted of a bluebikes key fob, an infiniti car k
beacon hill athletic club membership card.

Can you PLEASE let me know if they were in fact left beh
with the number that called me and responded to the e-n

Thanks
Cam Lacroix
857-340-7185

Labels

**Caleb Bove**
Good Morning Cameron, Thank you for reaching out to u

**Cameron LaCroix** <clacroix@gmail....   Thu, Jun 12, 10:4
to Caleb

Amazing!! I might not make it by today, i'll come tomorro
safe??

**Caleb Bove**
Yes, they are in my drawer at the front desk. If you are pl

**Cameron LaCroix** <clacroix@gmail.co...   Fri, Jun 13, 11:4

COUNT # 15
exhibit

## groups.google.com

Groups    My groups    Search my groups

**My groups**   10 groups

| Groups | Join date | Subscription |
|---|---|---|
| **adsaasadqwghjjjjjjjk**<br>adsaasadqwghjjjjjjjk@onlineloan.org.uk | | |
| **f10**<br>ql-france-10@mail.desipranomarket.online | | |
| **FEDwatch**<br>fedwatch@googlegroups.com | | |
| **fr06---vv6666666-6cccc**<br>fr06---vv6666666-6cccc@businnesmeanshot.surf | | |
| **Invitation to join　SexAre you in a Relationship gVgCPI**<br>2dvkeobinwfzlyvho9dh@gtrfdcvbhuk.42web.io | | |
| **Invited you to join　Private Room Only For Naughty Minds**<br>20ccnvd80dhqlrzhmwfz@julyes.rf.gd | | |
| **jayvinvany145ygks-ftbfuns**<br>jayvinvany145ygks-ftbfuns@googlegroups.com | | |
| **s5**<br>s5--@mail.marketingservicecompany.online | | |
| **sw01dyb25cr32ok**<br>sw01dyb25cr32ok@googlegroups.com | | |
| **t5**<br>t5@surfjourney.xyz | | |





count 15
exhibt -



*exhibit
keys taken from my
desk area on August
13.*

OPEN


**Gmail is better on the app**
Secure, fast & organized email

'Keys'

# [Lyft] Re: Follow-up from Lyft  Inbox

**Lyft Bikes & Scooters**
to me
Aug 13  Details

##- Please type your reply above this line -##

Your request (229367516) has been updated. To add additional comments, reply to this email.
You are receiving this email because you submitted a support request. If you did not submit a request for help, no further action is required.

**dev** (Lyft Bikes & Scooters)
Aug 13, 2025, 6:11 PM PDT

Hello

Around 8pm on 8/13 I realized I didn't have my keys. I think they were left behind somewhere inside my office building but they didn't have them at the front desk. Can you please deactivate my bike key? If anyone calls in to report that they were found, you have my consent to give them my name Cameron and number 857-340-7185 along with my email clacroix@gmail.com

Thanks.

This email is a service from Lyft Bikes & Scooters. Delivered by Zendesk

[047KJ3-EGZKX]