UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMERON LACROIX | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : Civil Action No. 25-cv-13452-MPK |
| | : |
| BRETT LEATHERMAN, et. al. | : |
| | : |
| Defendants | : |

**Plaintiff's Motion for Leave to File Second Amended Complaint**

Plaintiff, pro-se, files this Motion pursuant to Fed.R.Civ.P. 15(a), seeking leave to file a second amended complaint. In support thereof he avers as follows:

1. This action is brought against Defendants Brett Leatherman, Ted E. Docks, and various members known and unknown of the Federal Bureau of Investigation ("FBI") and other agencies yet to be determined. Plaintiff is in possession of audio recordings which formed the basis of some of these claims and personally observed many of them. For example, an investigator seemingly responds to another investigator's question, likely related to the internal fallout of the investigation, in saying that individuals are "non-government" and will re-create. The investigator goes on to say that this was a case he was working on and the fact that they are going to "re-create" it was "scary". Non-government and other unknown federal agencies are referred to collectively as "UNKNOWN DEFENDANT AGENTS."

2. The purposes of this Amended Complaint are: (a) to cause the addition of a Defendant which was not yet known to the Plaintiff but now is; (b) to supplement the facts that

have recently developed in the Complaint to support newly added counts; and (c) to reflect developments subsequent to the filing of the complaint which add to the liability of the Defendants.

3. This suit involves a complex, rare, and unique matter involving a Government conspiracy to bring the Defendant up on false charges while destroying his mentality in the process. Plaintiff contends that due to these actions he has suffered irreparable harm to his mental health, loss of wages, and resulted in multiple hospital visits to include a recent visit to a Crisis Center.

4. The action was brought under various Constitutional statutes to include illegal search and seizure, civil rights violations, and the American Disability Act, especially as this involved internal investigators and Special Agents placed within the Amazon office to which Plaintiff works out of. The action primarily involves federal law enforcement, federal search warrants, and the U.S. Attorney's Office ("USAO") within the District of Massachusetts and elsewhere thus Plaintiff has engaged this matter in this Court. Amazon's PxT division (Human Resources) had been aware that Plaintiff had a disability or had a disability in the past based on his employee profile.

5. The initial complaint appeared on the docket on November 19, 2025, Plaintiff filed an amended complaint on November 24, 2025, and the clerk issued a summons on December 2, 2025. The Plaintiff suggests that his first amended complaint could potentially be viewed as the initial complaint as there was no action regarding the initial. For reference, at the time Plaintiff filed his initial complaint he had been on a self-requested personal leave of absence from work to address mental health stressors.

6. The Government has not yet responded and Plaintiff prays that the Court allow this motion to supplement the record with additional facts which include actions taken by the FBI which led to him being suspended from work on December 5, 2025. He was working and had been approached by two members of security and Plaintiff stated that at least one of these individuals had been following him around the office the day before which caused him to have a panic attack and leave early.

7. The second amended complaint also includes relevant recent learnings where the Plaintiff overheard sensitive details about the "botched" investigation concerning him as he was sitting roughly 15 feet from a law enforcement officer talking to another individual. Plaintiff recorded the encounter as he reasonably believed that the man speaking was acting in color of the law and engaging in law enforcement duties although unethical. Plaintiff realizes that this action is not the proper vehicle to address guilty or innocent on a criminal level, however he vigorously denies the Government's assumed charges and harbors intense distaste for towards individuals that engage in some of the issues to which the Plaintiff is being setup on such as child pornography charges. Plaintiff will attempt to prove this fact at trial through the introduction of witness testimony involving former inmates that resided with Plaintiff during his incarceration.

8. Newly added Count 12 through Count 19 alleges a variety of issues such as the illegal search and seizure of Plaintiff's keys which were removed from his desk area at Amazon. Plaintiff then alleges that explicit items were placed into his Google Account one day later, and a day following that event the Plaintiff states the Government illegally accessed his wireless internet. These counts also involve an Amazon employee acting in the capacity as an informant. This employee approached Plaintiff at the direction of the FBI asking him to test out an excel file for him. Unknown to Plaintiff, he opened it and it caused him to connect into a database that

caused the bulk extraction of sensitive payment details concerning a large amount of Amazon hourly employees, something very out of Plaintiff's scope. Plaintiff only had the authorization to view time cards using a graphical interface.

9. This proposed amendment will cause no unfair prejudice to any defendant, as it is filed at an early stage in the proceedings, and it clarifies the basis for the relief already sought. Although the proposed amendment sets forth facts not yet in existence at the time the prior complaints were filed, no unfair prejudice is caused thereby and such an amendment is contemplated by Fed.R. Civ. P. 15(d). In support of this Motion, the Plaintiff attaches the proposed Second Amended Complaint.

WHEREFORE, Plaintiff requests that the Court grant this Motion and permit the filing of Plaintiff's proposed Second Amended Complaint. Plaintiff supplements that the summons had just been issued ~~a couple of~~ five days ago and Plaintiff can and will serve them with the Amended Complaint, Motion for Leave, and this Second amended Complaint. If this motion is not required Plaintiff will send the prior noted documents in any case.

Dated: 12/8/2025

12/8

December 8, 2025
/s/ Cameron Lacroix
Pro-se
PO BOX 620144
NEWTON, MA 02466
cameronlacroix@proton.me