| | |
|---|---|
| **CAMERON LACROIX**          ) | |
|           **Plaintiff**      ) | |
| v.                           ) | Civil Action No. 25-cv-13452-MPK |
| **BRETT LEATHERMAN, et. al.** ) | |
|           **Defendants**     ) | |

FILED
IN CLERK'S OFFICE
2025 DEC 15 PM 3:34

## Exhibit Notice (AUDIO FILES)

    The Plaintiff hereby notifies the Court that a USB flash drive has been turned over to the Clerk's office for filing. The flash drive contains two AUDIO files which were recorded on November 25, 2025 and December 2, 2025.

    These two audio files were recorded by the Plaintiff and the individual captured is believed to be an undercover investigator looking to have this filer arrested. At the time of the recordings the undercover investigator was fully aware that Plaintiff was sitting exactly where he was as it was at a table that is not assigned to anyone and known as a "common" area. The undercover investigator got up from the table a number of times to stretch, use the restroom, and retrieve water. In each instance he looked directly at this filer.

    The Amazon Office where this was recorded has several rooms off to the side which can be used for confidential calls. They also have phone booths which do not allow any sound to escape. The investigator did not choose to utilize these areas and continued to speak in the presence of Plaintiff without attempting to censor his conversations.

    Finally, the undercover investigator has spoken on multiple occasions in a similarly loud manner beyond the two dates noted. Due to these obvious operational security failures, the Plaintiff harbors additional intelligence beyond what is depicted in this filing but they are not relevant at this juncture.

Sincerely,

*[signature]* 12/15/25

Cameron Lacroix, Pro-se
PO Box 620144
Newton, MA 02466
cameronlacroix@proton.me