# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**CAMERON LACROIX**
*Plaintiff*

v.

**BRETT E LEATHERMAN, ET AL.**
*Defendant*

Civil Action No.:
**1:25–CV–13452–MPK**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BRETT E LEATHERMAN
Asst. Director of FBI Cyber Division
935 Pennsylvania Ave NW
Washington, DC 20535

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  CAMERON LACROIX
PO BOX 620144
NEWTON, MA 02462

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**
*CLERK OF COURT*

**/s/ – Sophie Phillips**
*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2025–12–02 12:59:22**, Clerk USDC DMA

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **1:25-cv-13452-MPK**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **BRETT LEATHERMAN**
was recieved by me on **12/26/2025:**

☐  I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☒  I returned the summons unexecuted because **Disallowed** after attempting service at **935 Pennsylvania Ave NW, Washington, DC 20535**; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:  01/05/2026

*Server's signature*

**Katrina Littleton**
*Printed name and title*

**6705 DRYLOG STREET
CAPITAL HEIGHTS, MD 20743**

*Server's address*

Additional information regarding attempted service, etc:

**12/29/2025 5:33 PM: I spoke with an individual who identified themselves as the security and they stated service not permitted.  No personal service allowed.**




Tracking #: **0202070910**