# AFFIDAVIT OF MAILING

**I, Nick Graham, being duly sworn, do hereby state and affirm as follows:**

1. I, Nick Graham, a representative of Certified Mail Envelopes, Inc. dba https://www.CertifiedMailLabels.com, am over the age of 18.

2. On the date of **01/05/2026**, I personally supervised the preparation and mailing of the following items on behalf of Cameron Lacroix, .

3. The Mailing referenced as Service of Process to the U.S. Attorney General regarding Lacroix v. Leatherman was printed, enclosed in a properly addressed envelope, with sufficient postage affixed, and accepted into the United States Postal Service (USPS) in Vancouver, WA on the above date.

4. The mailing included the following items:

    - **Mail Class:** Certified with Return Receipt (Signature)

    - **USPS Article Number:** 9402811898765439631404

5. The documents were mailed in the ordinary course of business using the best practices for processing, quality control and mail piece acceptance by USPS, and I have personal knowledge of these facts.

I affirm under the penalties of perjury that the foregoing representations are true and correct to the best of my knowledge.

---

**Signature:** [signature]

**Printed Name:** Nick Graham
**Company Name:** Certified Mail Envelopes, Inc. dba https://www.CertifiedMailLabels.com
**Date:** 01/05/2026

---

**Notary Section**

Subscribed and sworn to before me on this 06 day of January, 2026,
by Nick Graham, who is personally known to me or has produced valid identification.

**Notary Public Signature:** Nyah Vaillant

**Name:** Nyah Vaillant
**Commission Number:** 705293
**My Commission Expires:** 07/31/2029

Notary Public State of Florida
Nyah Vaillant
My Commission HH 705293
Expires 7/31/2029