UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMERON LACROIX<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>BRETT E. LEATHERMAN, Assistant Director of FBI Cyber Division, TED E. DOCKS, Special Agent In Charge of FBI Boston, KIMBERLY MILKA, Assistant Special Agent In Charge of FBI Boston, ANDREW BAILEY, Co-Deputy Director of FBI, UNKNOWN DEFENDANT AGENTS, Special Agent of Other Agency/Task Force Officer, UNDERCOVER AGENT 1 ("UCE-1") aka B.M., Special Agent, UNNAMED DEFENDANT AGENTS, Special Agents, FBI, AGENT-1 (cited in COUNT 7) , Special Agent, AGENT-2 (cited in COUNT 7), Special Agent, AGENT-3 (cited in COUNT 7), Special Agent, AGENT-4 (cited in COUNT 8), Special Agent,  AGENT-5 (cited in COUNT 8), Special Agent, UNDERCOVER AGENT 2 ("UCE-2") aka JOE, Special Agent, UNDERCOVER AGENT 3 ("UCE-3") aka R.M., Special Agent, DAVID G. NANZ, Assistant Director of FBI Operational Technology Division, and UNDERCOVER AGENT 4 ("UCE-4") aka Philippe, Special Agent<br>　　　　　　Defendants. | Civil Action No. 25-cv-13452-ADB |

## CORRECTED NOTICE OF APPEARANCE

Pursuant to L.R. 83.5.2, please enter my appearance in the above-captioned case as counsel for only the following defendants **Andrew T. Bailey**, FBI Co-Deputy Director; **Brett E. Leatherman**, Assistant Director, Cyber Division; **David Nanz**, Assistant Director, Operational

Technology Division; **Ted E. Docks**, Special Agent in Charge, Boston Division; **Kimberly Milka**, Assistant Special Agent in Charge, Boston Division.

Filing of this notice does not waive any defects in service.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: February 25, 2026    By:    /s/  Shawna Yen
Shawna Yen
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3100
Email: Shawna.Yen@usdoj.gov

### CERTIFICATE OF SERVICE

I, Shawna Yen, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants.

Dated: February 25, 2026    By:    /s/  Shawna Yen
Shawna Yen
Assistant United States Attorney