# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CAMERON LACROIX

       Plaintiff,

       v.

BRETT E. LEATHERMAN, Assistant Director
of FBI Cyber Division, TED E. DOCKS, Special
Agent In Charge of FBI Boston, KIMBERLY
MILKA, Assistant Special Agent In Charge of
FBI Boston, ANDREW BAILEY, Co-Deputy
Director of FBI, UNKNOWN DEFENDANT
AGENTS, Special Agent of Other Agency/Task
Force Officer, UNDERCOVER AGENT 1
("UCE-1") aka B.M., Special Agent,
UNNAMED DEFENDANT AGENTS, Special
Agents, FBI, AGENT-1 (cited in COUNT 7) ,
Special Agent, AGENT-2 (cited in COUNT 7),
Special Agent, AGENT-3 (cited in COUNT 7),
Special Agent, AGENT-4 (cited in COUNT 8),
Special Agent,  AGENT-5 (cited in COUNT 8),
Special Agent, UNDERCOVER AGENT 2
("UCE-2") aka JOE, Special Agent,
UNDERCOVER AGENT 3 ("UCE-3") aka
R.M., Special Agent, DAVID G. NANZ,
Assistant Director of FBI Operational
Technology Division, and UNDERCOVER
AGENT 4 ("UCE-4") aka Philippe, Special
Agent
       Defendants.

Civil Action No. 25-cv-13452-ADB

## DEFENDANTS' MOTION TO DISMISS
## SECOND AMENDED COMPLAINT

Defendants, Andrew T. Bailey, FBI Co-Deputy Director; Brett E. Leatherman, Assistant

Director, Cyber Division; David Nanz, Assistant Director, Operational Technology Division; Ted

E. Docks, Special Agent in Charge, Boston Division; and Kimberly Milka, Assistant Special

Agent in Charge, Boston Division (together "Named Defendants"), by and though their attorney Leah B. Foley, United States Attorney for the District of Massachusetts, respectfully move to dismiss pro se Plaintiff Cameron Lacroix's Second Amended Complaint ("Complaint").   (ECF Doc. 16).

The Complaint should be dismissed for lack of subject matter jurisdiction under Fed. R. Civ. P. 12(b)(1) and for failure to state a claim under Fed. R. Civ. P. 12(b)(6).

In support of this Motion, Defendants respectfully refer the Court to their Memorandum of Law, filed herewith.

WHEREFORE, Defendants respectfully request that Plaintiff's Complaint be dismissed with prejudice.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: March 2, 2026          By:     /s/  Shawna Yen
                                         Shawna Yen
                                         Assistant United States Attorney
                                         United States Attorney's Office
                                         1 Courthouse Way, Suite 9200
                                         Boston, MA 02210
                                         Tel.: 617-748-3100
                                         Email: Shawna.Yen@usdoj.gov

## 7.1 CERTIFICATION

I, Shawna Yen, hereby certify that I emailed Plaintiff regarding this Motion on March 1, 2026.   Plaintiff opposes this Motion.

Dated: March 2, 2026                    By: /s/  Shawna Yen
                                         SHAWNA YEN
                                         Assistant U.S. Attorney

## <u>CERTIFICATE OF SERVICE</u>

I, Shawna Yen, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants.


Dated: March 2, 2026                    By:    /s/  Shawna Yen
                                               Shawna Yen
                                               Assistant United States Attorney