**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| CAMERON LACROIX | ) | |
| v. | ) | Civil Action No. 25-cv-13452-ADB |
| BRETT LEATHERMAN, et. al. | ) | |

**MOTION FOR LEAVE TO ISSUE SUBPOENA DUCES TECUM FOR DOCUMENTARY EVIDENCE**

Plaintiff Cameron Lacroix, Pro Se. respectfully moves the Court for leave to issue a subpoena duces tecum to Central Intelligence Agency 1000 Colonial Farm Road, McLean, Virginia 22101 for the production of evidence. In support thereof, he states as follows:

1. Plaintiff sent a Freedom of Information Act request to the Central Intelligence Agency in December of 2025 concerning events that transpired in the Child and Family Crisis Center located in New Bedford, MA.
2. Plaintiff assets that there were likely covert agents installed at the facility who harassed him and that a television inside of the facility was hacked.
3. Plaintiff received a letter on April 16, 2026 which indicated that his request was received and assigned F-2026-00705. The request said in summary that Plaintiff sought records related to “The hacking of smart televisions”, information related to a CIA studio, and any information related to “965 Church Street in New Bedford, MA”.
4. Plaintiff in this case possesses information suggesting his cell phone was hacked and accessed by unknown individuals in New Bedford, MA based on location data from Google.
5. Plaintiff received a letter on June 17, 2026 indicating that the material requested “is itself currently classified and properly classified and is intelligence sources and methods”.
6. Plaintiff believes that this indicates that these records exist and due to their classification there is no other way to obtain this information absent a court order.

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Grant leave to issue a subpoena duces tecum to Central Intelligence Agency 1000 Colonial Farm Road, McLean, Virginia 22101 for any information related to the address above and other items which relate to Government harassment and illegal surveillance.

Respectfully submitted,

CAMERON LACROIX
Pro Se

/s/ Cameron Lacroix
PO Box 620144
Newton, MA 02462
(617) 539-6662

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 27, 2026.

/s/ Cameron Lacroix
Cameron Lacroix, Pro, Se