**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CAMERON LACROIX,<br>Plaintiff,<br><br>v.<br><br>BRETT E. LEATHERMAN, et al.,<br>Defendants. | Civil Action No.<br>1:25-cv-13452-ADB |

## NOTICE OF APPEAL PURSUANT TO FED. R. APP. P. 4

Notice is hereby given that Plaintiff Cameron Lacroix, proceeding pro se, appeals to the United States Court of Appeals for the First Circuit from the final Judgment and Order dismissing this action with prejudice, together with all rulings and orders that merge into that judgment, including any ruling denying leave to amend to the extent encompassed by the final judgment.

This Notice is filed pursuant to Federal Rule of Appellate Procedure 4(a). Plaintiff invokes the 60-day period described in Rule 4(a)(1)(B)(iv) on the ground that this action names persons alleged by Plaintiff to be current or former officers or employees of the United States and concerns acts or omissions Plaintiff alleges occurred in connection with duties performed on behalf of the United States. Plaintiff asserts this as his timeliness position without representing that the defendants' federal status has been judicially determined.

Plaintiff seeks review of the dismissal with prejudice and all issues properly preserved for appellate review. Plaintiff specifically intends to challenge whether dismissal with prejudice was legally warranted and, to the extent the District Court denied Plaintiff's request for leave to amend in lieu of dismissal, whether denial of leave to amend was error or an abuse of discretion. Plaintiff seeks vacatur or reversal of the judgment and remand for further proceedings, including an opportunity to amend where appropriate.

Plaintiff is separately submitting Attachment A, entitled “Statement Regarding FRAP 4(a)(1)(B)(iv) and Grounds for Appeal,” to identify the factual allegations and proposed additional facts that Plaintiff contends are relevant to his Rule 4 position and to his argument that dismissal with prejudice, rather than an opportunity to amend or further proceedings, was unwarranted.

Dated: October 17, 2026

Respectfully submitted,

/s/ Cameron Lacroix
**CAMERON LACROIX**
Plaintiff, Pro Se
P.O. Box 620144
Newton, MA 02462
617-539-6662
cameronlacroix@proton.me

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2026, I served the foregoing Notice of Appeal and the separately submitted Attachment A on all counsel and parties of record through the Court's CM/ECF system where electronic service was available and by an authorized method of service on any party not receiving electronic notice.

/s/ Cameron Lacroix
CAMERON LACROIX
Plaintiff, Pro Se